■  In the Matter of ROBERT F. BARRY, Appellant, v. ARTHUR CORNELIUS, JR., as Superintendent of the Division of State Police of the State of New York, Respondent.— Appeal dismissed, upon stipulation, without costs. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.